**Olen E. GIBSON, Appellant,**

v.

**KANSAS CITY POWER & LIGHT COMPANY, Appellee,**

**Access Program, Defendant,**

**Great Plains Energy, Defendant,**

**Terry Bassham; David Bodde; Jennifer Butler; Lora Cheatum; Michael J. Chesser; William Downey; Mark English; Mark Ernst; Randall Ferguson, Jr.; William Hall; Luis Jimenez; James Mitchell; William Nelson; Don**

---

Prophete; Gerald Reynolds; William Riggins; Larry Rute; Linda Talbott; Robert West; Lori Wright, Defendants.

No. 08–2890.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2009.

Filed: Nov. 18, 2009.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Olen Gibson appeals from the District Court's[1] dismissal of his employment-discrimination action against his former employer. Upon careful *de novo* review, *see Yankton Sioux Tribe v. U.S. Dep't of Health and Human Servs.*, 533 F.3d 634, 639 (8th Cir.2008) (standard of review), we conclude that the dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.